UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 3:07CR_____ |
| JAMES BERGEN | : | Violation:<br>31 U.S.C. § 5324(a)(3) (Structuring financial transactions) |

I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE
(31 U.S.C. § 5324(a)(3))

On or about the dates set forth below, in the District of Connecticut,

JAMES BERGEN,

the defendant herein, did knowingly and for the purpose of evading the reporting requirements of

section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder,

structure, assist in structuring, and attempt to structure and assist in structuring, by depositing

United States currency into his account at the Capital Region Federal Credit Union office in West

Hartford, Connecticut, after cashing checks at the Bank of American in West Hartford,

Connecticut, in the amounts set forth below:

| Check Number | Date Check Cashed at Bank of America | Check Amount | Date U.S. Currency Deposited at CRFCU | Amount Deposited |
|---|---|---|---|---|
| 1940 | March 13, 2006 | $ 9,800 | March 13, 2006 | $ 9,700 |
| 1941 | March 14, 2006 | $ 9,750 | March 14, 2006 | $ 9,900 |

| 1942 | March 15, 2006 | $ 9,900 | March 15, 2006 | $ 9,975 |
| 1943 | March 16, 2006 | $ 9,975 | March 16, 2006 | $ 9,200 |
| 1944 | March 17, 2006 | $ 9,300 | March 17, 2006 | $ 9,400 |
| 1945 | March 20, 2006 | $ 9,500 | March 20, 2006 | $ 9,600 |
| 1950 | March 21, 2006 | $ 9,600 | March 21, 2006 | $ 9,650 |
| 1951 | March 22, 2006 | $ 9,700 | March 22, 2006 | $ 9,700 |
| 1952 | March 23, 2006 | $ 9,700 | March 23, 2006 | $ 9,750 |
| 1949 | March 24, 2006 | $ 9,800 | March 24, 2006 | $ 9,875 |
| 1906 | March 27, 2006 | $ 9,950 | March 27, 2006 | $ 9,975 |

All in violation of Title 31, United States Code, Section 5324(a)(3) and Title 31, Code of

Federal Regulations, Section 103.11.

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JOHN H.  DURHAM
DEPUTY UNITED STATES ATTORNEY


PETER S. JONGBLOED
ASSISTANT UNITED STATES ATTORNEY